Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MEDINA,<br><br>　　　　　Defendant. | No.  6:17-MJ-00004-MJS<br><br>MOTION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

　　　The Unites States by and through its representative, Susan St. Vincent, legal officer for the National Park Service, hereby request the Initial Appearance in the above-captioned matter set for February 1, 2017, be continued to March 7, 2017 at 10:00 a.m. The Defendant reached out to both the Legal Officer and the Federal Defender's Office to request a continuance to March 7, 2017, for financial reasons.  The Defendant will be able to make necessary arrangements for transportation for March 7, 2017, and the parties are in agreement with this Motion to Continue.

Dated:  January 25, 2017            /S/ Susan St. Vincent
                                                      Susan St. Vincent
                                                      Legal Officer
                                                      Yosemite National Park

**ORDER**

For good cause shown, the Court grants the above Motion and ORDERS that the February 1, 2017 initial appearance for U.S. v. Medina, case number 6:17-mj-00004-MJS, is hereby continued to March 7, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 27, 2017            /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE