| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JOSE GUADALUPE MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00004-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW** |
| | ) **HEARING AND EXTEND TERM OF** |
| vs. | ) **PROBATION; ORDER** |
| JOSE GUADALUPE MEDINA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Jose Guadalupe Medina, that Mr. Medina's term of unsupervised probation be extended to expire on August 7, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to July 10, 2018.

Mr. Medina's review hearing is currently scheduled for February 6, 2018. By that date, Mr. Medina was required to pay off all state fines and obtain his driver's license. Mr. Medina must pay thousands of dollars before he will be eligible to have his license reinstated. While Mr. Medina has been working towards paying off these fines, he is also a father of five children, including one new born and thus has very little discretionary income. Nonetheless, he is hopeful that with more time he will be able to pay off the outstanding state fines and get his license

reinstated. Accordingly, the parties request that Mr. Medina's review hearing be continued to July 10, 2018 and that his probation be extended to August 7, 2018 to give Mr. Medina time to pay off the outstanding state fines and get his license reinstated.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 31, 2018  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 31, 2018  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOSE GUADALUPE MEDINA

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 6, 2018 hearing for Jose Guadalupe Medina, Case No. 6:17-mj-00004-MJS, is continued to July 10, 2018 at 10:00 a.m., and his probation is extended to August 7, 2018.

IT IS SO ORDERED.

Dated:   February 1, 2018            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE